■ In the Matter of LAURA COHEN et al., Appellants, v PAULINE DE GRUNNE COHEN, as Trustee of the STANLEY COHEN 2006 INSURANCE TRUST, Respondent. [10 NYS3d 427]—Order, Supreme Court, New York County (Geoffrey D.S. Wright, J.), entered on or about September 25, 2014, which denied the petition to remove respondent as trustee of the Stanley Cohen 2006 Insurance Trust, unanimously affirmed, without costs. Appeal from order, same court and Justice, entered December 4, 2014, which, upon reargument, adhered to the original determination, unanimously dismissed, without costs, as academic.

The court properly determined that there was no basis for removing respondent as trustee. Although there is evidence of antagonism between respondent and the trust beneficiaries, the record fails to show that respondent took any action that interfered with or adversely impacted the trust, which currently is not funded (see SCPA 711 [2]; compare Matter of Duell, 258 AD2d 382, 382-383 [1st Dept 1999] [trustee was properly removed where, among other things, antagonisms between trustee and trust beneficiaries resulted in trustee's interference with proper administration of the estate]). Concur—Mazzarelli, J.P., Sweeny, Andrias, Saxe and Richter, JJ.